STATE v. SIMMONS

No. 133A84.

Case below: 66 N.C. App. 402.

Petition by defendant for discretionary review as to issues in addition to those presented as the basis for the dissenting opinion of the Court of Appeals under G.S. 7A-30, 7A-31, and Appellate Rule 16(b) denied 3 April 1984. Motion by Attorney General to dismiss appeal as to additional issues for lack of substantial constitutional question allowed 3 April 1984.

STATE v. STOWE

No. 145P84.

Case below: 67 N.C. App. 197.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984.

STATE v. WELLS

No. 70P84.

Case below: 65 N.C. App. 825.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 April 1984. Motion by Attorney General to dismiss appeal allowed 3 April 1984.

TRASK v. CITY OF WILMINGTON

No. 551P83.

Case below: 64 N.C. App. 17.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 April 1984.

WILKES COUNTY v. GENTRY

No. 478PA83.

Case below: 63 N.C. App. 432.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 19 March 1984.